IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>         vs.<br><br>JUANA RAMIREZ,<br><br>                      Defendant. | 4:12CR3097<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)   The motion of attorney Harry A. Moore to withdraw as counsel of record for defendant Juana Ramirez, (filing no. 29), is granted.

2)   Defendant's newly retained counsel, Carlos Monzon, shall promptly notify the defendant of the entry of this order.

3)   The clerk shall delete Harry A. Moore from any future ECF notifications herein.

October 15, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge