IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>JUANA RAMIREZ,<br><br>          Defendant. | 4:12CR3097<br><br>MEMORANDUM AND ORDER |

At the Defendant's oral request and with the parties' consent,

IT IS ORDERED:

1) Defendant's oral motion to continue, (filing no. 52), is granted.

2) The defendant's plea hearing will be held before the undersigned magistrate judge on April 9, 2013 at 11:00 a.m.. The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel in the motion, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

March 7, 2013.

                                                          BY THE COURT:

                                                          s/ Cheryl R. Zwart
                                                          United States Magistrate Judge