IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:12CR3097 |
| v. | ) | |
| JUANA RAMIREZ, | ) | **ORDER** |
| Defendant. | ) | |

Upon the oral motion of the defendant and without objection by the government,

IT IS ORDERED:

1. The sentencing hearing previously set for 1:00 p.m. on Tuesday, November 26, 2013, is continued for approximately 90 days;

2. Upon her return from the Thanksgiving holiday, my judicial assistant will contact counsel and reschedule the sentencing hearing.

DATED this 25th day of November, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge